# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIATEK INC. and MEDIATEK USA INC., <br><br>Plaintiffs, <br><br>v. <br><br>NXP SEMICONDUCTORS N.V., NXP USA, INC., AVNET, INC., ARROW ELECTRONICS, INC., ROBERT BOSCH GMBH, ROBERT BOSCH LLC, CONTINENTAL AG, AND CONTINENTAL AUTOMOTIVE GMBH, <br><br>Defendants. | Civil Action No. 2:21-cv-04969-GW-AFM <br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE |

The Court has read and considered the parties' Stipulated Joint Motion for Dismissal With Prejudice. In this Action, MediaTek Inc. and MediaTek USA Inc. (collectively, "MediaTek") brought claims for patent infringement against Defendants NXP Semiconductors N.V. and NXP USA, Inc. (collectively "NXP"), asserting that NXP makes, uses, sells, imports, or offers for sale certain products that allegedly infringe one or more of certain MediaTek U.S. patents ("MediaTek patents-in-suit"). MediaTek also brought claims for patent infringement against downstream Defendants Avnet, Inc., Arrow Electronics, Inc., Robert Bosch GmbH, Robert Bosch LLC, Continental AG, and Continental Automotive GmbH (collectively, with NXP, referred to as "Defendants") based on these Defendants' use or inclusion of NXP products in the Defendants' downstream products, or based on these Defendants' sale, importation, or offer for sale of the NXP products.

Additionally, in this Action, NXP USA, Inc. ("NXP USA") brought counterclaims for patent infringement against MediaTek, asserting that MediaTek

makes, uses, sells, imports, or offers for sale certain products that allegedly infringe one or more of certain NXP USA U.S. patents ("NXP patents-in-suit").

The Court hereby **GRANTS** the stipulated dismissal of with prejudice of all of MediaTek's claims in this Action as to NXP and as to the other Defendants, and **GRANTS** the stipulated dismissal with prejudice of all of NXP's claims in this Action as to MediaTek. Each party shall bear its own attorneys' fees and costs.

Dated: July 21, 2022

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

PROPOSED ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE